UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHRISTIN HEBERT AND COREY      CIVIL ACTION NO. 16-CV-0385
HEBERT, on behalf of B.H., a minor

VERSUS     JUDGE FOOTE

CEC ENTERTAINMENT, INC.     MAGISTRATE JUDGE HANNA

# O R D E R

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 19], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's motion to dismiss [Record Document 6] be **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 16th day of September, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE